IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD MUGENZI, | : |
| Petitioner | : |
| v. | : CIVIL NO. 4:CV-16-70 |
| CRAIG LOWE, ET AL., | : (Judge Brann) |
| Respondents | : |

## ORDER

May 23, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DISMISSED AS MOOT**.

2. The Clerk of Court is directed to **CLOSE** the case.

3. Based upon the Court's determination, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

  s/  Matthew W. Brann
Matthew W. Brann
United States District Judge

1